**SEPTA**

v.

**WCAB (WOODY)**

416 CD 2017

Commonwealth Court of Pennsylvania.

09/21/2017

Workers' Compensation Appeal Board, A16–1207

Affirmed

**STONE NEAPOLITAN PIZZERIA**

v.

**LCB**

19 CD 2017

Commonwealth Court of Pennsylvania.

09/22/2017

Allegheny County Civil Division, SA–16–00115

Vacated/Remanded

**MERRIWETHER, D.**

v.

**BUREAU OF DRIVER LICENSING**

1641 CD 2016

Commonwealth Court of Pennsylvania.

09/25/2017

Lackawanna County Civil Division, No. 2016–CV–2058

Reversed

**FIELDS, S.**

v.

**WCAB (CARL G'S TOTAL CLEANOUTS)**

1918 CD 2016

Commonwealth Court of Pennsylvania.

09/25/2017

Workers' Compensation Appeal Board, A16–0541

Reversed/Remanded